

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :

        Respondent, : Case No. 95-Cr-369

v. :

THOMAS DANIELS, :

        Pro se-Defendant. :

FILED
DEC 3 1 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER
Motion Denied.

Michael M. Baylson, J.

Motion For Reconsideration Of This Court's September 19, 2008 Order Denying Defendant's 18 U.S.C. § 3582(c) Motions Along With Its Supplements Of Procedural Nature.

To: The Honorable U.S. District Judge Presiding Herein:

I. <u>Introduction</u>

Pro se-Defendant, Thomas Daniels in the above captioned-matter, hereinafter, "Defendant Daniels," respectfully moves this Court to reconsider its September 19, 2008 Order, which continues to work a manifest injustice recognized by the Supreme Court in <u>United States v. Booker</u>, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed2d 621 (2005); <u>Kimbrough v. United States</u>, \_\_\_ U.S. \_\_\_, 128 S.Ct. 586, \_\_\_ L.Ed2d \_\_\_ (2007; and, <u>Gall v. United States</u>, \_\_\_ U.S. \_\_\_, 128 S.Ct. 586, \_\_\_ L.Ed2d \_\_\_ (2007).

II. Assigned Errors To The September 19, 2008 Order

Defendant Daniels submits to this Court that his sentence was imposed (1) in violation of the law; (2) by a determinative disparity between crack and cocaine powder rendered both by Congress and the United States Sentencing Commission ("Commission");

cc: Zithlav, AUSA (mail)
Daniels (mail)