UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 09-1423

UNITED STATES OF AMERICA

v.

THOMAS DANIELS,
           Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Crim. No. 2:95-cr-00369)
District Judge: Honorable Michael M. Baylson

Submitted Pursuant to Third Circuit LAR 34.1(a)
July 1, 2009
Before: <u>Chief Judge</u> SCIRICA, CHAGARES and WEIS, <u>Circuit Judges.</u>

**JUDGMENT**

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on July 1, 2009. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the orders of the District Court entered on September 23, 2008, and December 31, 2008, respectively, be and the same are hereby affirmed. All of the above in accordance with the opinion of the Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

DATED: July 20, 2009



Certified as a true copy and issued in lieu
of a formal mandate on 08/11/2009

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit